UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **SHANELL LYNN THOMPSON** | **CIVIL DOCKET NO. 3:22-CV-6061** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA TRANSITIONAL CENTER FOR WOMEN, ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kayla D. McClusky for REPORT AND RECOMMENDATION [DOC. 16]. After an independent review of the record, finding no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Shanell Lynn Thompson's conditions-of-confinement claims, access-to-court claims, claims against the Louisiana Transitional Center for Women, and request for a transfer are DISMISSED as frivolous and for failing to state claims on which relief may be granted.

THUS, DONE AND SIGNED in Chambers on this 21st day of June 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE